UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIETTA GOODMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-489** |
| **FRIENDS OF WWOZ, INC.** | **DIVISION "3"** |

## JUDGMENT

Given this Court's Order dated June 28, 2019 [Doc. #34],

**IT IS ORDERED** that judgment be entered in favor of defendant, Friends of WWOZ, Inc., and against plaintiff, Marietta Goodman, dismissing plaintiff's claims with prejudice.

New Orleans, Louisiana, this 29th day of July, 2019.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**